IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:11-CR-111-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEANGELO MCLAURIN (1), | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Petition to Dismiss or Quash Criminal Instrument Indictment" (Document No. 26) filed July 7, 2011. In the motion, Mr. Deangelo asks again that the Court dismiss the criminal indictment.

The Court notes again the record reflects that Mr. McLaurin is represented by appointed counsel, Steven G. Slawinski. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. McLaurin has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that the "Petition to Dismiss or Quash Criminal Instrument Indictment" (Document No. 26) is **DENIED,** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Slawinski.

**SO ORDERED**.

Signed: July 18, 2011

David C. Keesler
United States Magistrate Judge