IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00111-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEANGELO MCLAURIN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, (Doc. No. 134), for a stay of the re-sentencing hearing required by the United States Court of Appeals for the Fourth Circuit's opinion remanding the case for further proceedings, (Doc. No. 125).

For the reasons stated in the defendant's motion, the Court finds good cause for a stay in this matter.

**IT IS, THEREFORE, ORDERED** that the above captioned case be stayed pending decision of the United States Supreme Court on the defendant's petition for writ of certiorari.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 30, 2014

Robert J. Conrad, Jr.
United States District Judge