IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00111-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEANGELO MCLAURIN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 125: Opinion and Judgment). With the denial of the defendant's petition for writ of certiorari, Lowery v. United States, 135 S. Ct. 1843 (2015), the case is ready for resentencing.

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Deangelo McLaurin (Reg. No. 26358-058) present in Charlotte, North Carolina forthwith, but not later than December 7, 2015, at 9:45 a.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: November 4, 2015

Robert J. Conrad, Jr.
United States District Judge